# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

Mund, Geraldine | 2. Court or Organization

U.S. Bankruptcy Court | 3. Date of Report

01/24/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)

☐ Nomination Date
☐ Initial ☑ Annual ☐ Final

5b. ☑ Amended Report | 6. Reporting Period

01/01/2018
to
12/31/2018 |
| 7. Chambers or Office Address

21041 Burbank Blvd.
Woodland Hills, CA 91356 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mund, Geraldine | 01/24/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mund, Geraldine | 01/24/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mund, Geraldine | 01/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. Real Estate Investments in Israel (Kiryat Bialik) | A | Interest | J | U | | | | | |
| 3. State of Israel Bonds | A | Interest | J | T | | | | | |
| 4. Rental Property, Sherman Oaks, CA | E | Rent | O | W | | | | | |
| 5. Vacant Land Kern County, CA - appraisal by State 2003 | | None | K | Q | | | | | |
| 6. WELLS FARGO ADVISORS | | | | | | | | | |
| 7. - Aegon NV | A | Dividend | J | T | | | | | |
| 8. - San Francisco CA County Public Utils | A | Interest | J | T | | | | | |
| 9. - Wells Fargo Sweep Acount | A | Interest | J | T | | | | | |
| 10. - AB Mun Income Fd, Inc. High Income Mun | A | Dividend | | | Sold | 08/23/18 | J | A | |
| 11. - AT&T, Inc. (5.35%) | A | Interest | | | Sold | 08/23/18 | K | | |
| 12. - Bandes Inv Tr Emerging Mkts Value | A | Dividend | | | Sold | 08/13/18 | J | | |
| 13. - Dreyfus Alcentra Global Cr. Income 2024 Target Term FD Inc | B | Dividend | K | T | | | | | |
| 14. - Deutsche Global/Intl Fund [DWS RREEF Global Inst] | A | Dividend | | | Sold | 08/24/18 | J | A | |
| 15. - Dreyfus High Yield Muni | A | Dividend | | | Sold | 08/23/18 | J | B | |
| 16. - Emerson Electric Co | A | Dividend | J | T | | | | | |
| 17. - Fidelity Advisor Biotechnology cl 1 | | None | | | Sold | 08/23/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Fidelity Strat Div Inc-1 | A | Dividend | | | Sold | 08/23/18 | J | B | |
| 19. - Financial Inv. Trust Emerald Bkg & Fin Fd | A | Dividend | | | Sold | 12/16/15 | J | | |
| 20. - Glaxosmithkline PLC-ADR | A | Dividend | | | Sold | 08/23/18 | J | A | |
| 21. - International Business Machine Corp | A | Dividend | | | Sold | 08/23/18 | J | A | |
| 22. - Invesco High Income 2024 Target Term FD | A | Dividend | J | T | | | | | |
| 23. - Invesco High Yield Muni Fund | A | Dividend | | | Sold | 08/23/18 | J | A | |
| 24. - JP Morgan TR 1 Income Bldr FD1 cl | A | Dividend | | | Sold | 08/23/18 | J | A | |
| 25. - Lord Abbott High Yield Fund Class F | A | Dividend | | | Sold | 08/23/18 | J | A | |
| 26. - MFS Ser Tr XIII Diversitifed Income Fund | A | Dividend | | | Sold | 08/23/18 | J | A | |
| 27. - Pimco FDS Income Fund | A | Dividend | | | Sold | 08/23/18 | J | A | |
| 28. - Proctor & Gamble | A | Dividend | | | Sold | 08/23/18 | J | A | |
| 29. - Prudential World Fd Jennison Global Opptys Fund [PGIM Global] | | None | J | T | | | | | |
| 30. - Qualcomm, Inc. | A | Dividend | J | T | | | | | |
| 31. - Virtus Global Multi Sector Income | A | Dividend | | | Sold | 08/23/18 | J | A | |
| 32. - Allianzgi Inc & Growth | A | Dividend | J | T | Buy | 04/13/18 | J | | |
| 33. - William Blair Small Cap | A | Dividend | J | T | Buy | 08/13/18 | J | | |
| 34. - Dreyfus Equity Income | A | Dividend | J | T | Buy | 08/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - AT&T (5.625%) | A | Interest | J | T | Buy | 07/25/18 | J | | |
| 36.  - Brighthouse Finl PDF | A | Interest | J | T | Buy | 09/05/18 | J | | |
| 37.  - Symetra Life Ins. Annuity contract - fixed rate | | None | M | T | Buy | 08/30/18 | L | | |
| 38. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mund, Geraldine | 01/24/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 11 - AT&T, Inc. should have been identified as AT&T, Inc. (5.35%).

Part VII, line 14 - now known as DWS RREEF Global Inst instead of Deutsche Global/Intl Fund.

Part VII, line 19 - Financial Invs Trust Emerald Growth was sold on 12/16/15 for under $15,000. No gain on the sale.

Part VII, line 29 - Prudential World FD Jennison Global Opptys Fund is now PGIM Global.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Geraldine Mund**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544